UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL J. PUGH,
    Plaintiff,

vs.                                      Case No.:  3:23cv283/LAC/ZCB

CHRISTIAN SEVAAETASI, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 1, 2023. (Doc. 19).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

1

3.   The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 6th  day of June, 2023.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**